NAM/AGR: USAO 2017R00381

FILED_____   ENTERED
LOGGED_____   RECEIVED

JUN 1 2 2017

CLERK, U.S. DISTRICT COURT
AT GREENBELT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | NO. *17-1677 wc* |
| | * | |
| ANTONIN DEHAYS, | * | UNDER SEAL |
| | * | |
| Defendant | * | |
| | * | |

*******

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David Bradley Berry, being duly sworn, hereby depose and state as follows:

1.      I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United State Code Section, 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2515 of Title 18, United States Code.

2.      I have been a Special Agent with Office of Inspector General ("OIG"), National Archives and Records Administration ("NARA"), for more than eight years.   I have approximately 17 years of experience in criminal investigations with the federal government. During that time, I have authored affidavits in support of arrest warrants, which resulted in the arrest of wanted fugitives from justice, and of persons for whom probable cause existed relating to the commission of federal crimes.   I have been trained and participated in the execution of search warrants calling for the seizure of business records, and have conducted investigations involving fraud against the United States Government as it pertains to NARA and other government agencies.   I have been involved in the investigation of thefts and the recoveries of historical federal documents and records.

DBB  6/12/17

3.     This affidavit is being submitted in support of a criminal complaint for **Antonin DEHAYS ("DEHAYS")**. As set forth below, there is probable cause to believe that between no later than in or about October 2015, and on or about June 9, 2017, in the District of Maryland, **DEHAYS** willfully and knowingly stole and converted for his use any record and thing of value of the United States and any department and agency thereof, to wit, U.S. servicemen dog tags and other records from NARA's Record Group 242, which in aggregate have a value greater than $1,000, in violation of 18 U.S.C. § 641.

## PROBABLE CAUSE

### I.     NARA Record Group 242

4.     NARA is responsible for preserving and maintaining government and historical records and providing public access to such records. NARA has research facilities throughout the United States, including the National Archives at College Park, located at 8601 Adelphi Road, College Park, Maryland.

5.     Members of the public can visit the National Archives at College Park and obtain a Researcher Identification Card to review records maintained by NARA. Generally, to review NARA records, a researcher must complete a records request. A NARA employee then retrieves the requested records from storage, and delivers the records to the researcher in the research room. Except in special circumstances not relevant here, a researcher may not remove records from the research room. Researchers may, however, photograph NARA records within the research room using digital cameras, cellular telephones with digital cameras, and other types of electronic recording devices.

6.     Among the records stored at National Archives at College Park are records within Record Group ("RG") 242. RG 242, National Archives Collection of Foreign Records Seized,

2

DBB 6/12/17

includes records of the German Luftgaukommandos during World War II. The Luftgaukommandos were the regional German Air Force commands whose responsibilities included the preparation of reports on Allied aircraft and aircrews that were shot down, or crash-landed, within their geographical boundaries.

7.     The Luftgaukommandos Downed Allied Aircraft Reports (entries A1 1013, 1015, 1017, 1019, 1022, 1024, 1026, 1028, 1030, and 1032) consist of original German reports of Allied aircraft that crashed over German-controlled areas of Europe during World War II. The files often contain dog tags, military identification cards, immunization records, and other items removed by the Germans from Allied personnel killed or captured during the aerial warfare in the World War II European theater. The dog tags seized by the Germans and included in the Luftgaukommandos Downed Allied Aircraft Reports files often bear evidence of damage, such as dents and charring due to fire sustained during the crashes. The dog tags also often bear pencil markings representing the German file number.

8.     The Luftgaukommandos Downed Allied Aircraft Reports (including any dog tags, military identification cards, immunization records, and other items) were seized by Allied forces at the end of World War II. As discussed above, the records are currently maintained at the National Archives at College Park.

9.     In response to the high researcher interest in these records, NARA began systematically documenting the contents of each file in or about 2015 in order to provide staff and researchers with the ability to search the records by name of airman as well as determine if there is a dog tag in the file for a specific individual. This activity consisted of creating a database of the files containing the names of each airman listed and indicating if dog tags or other items were found to be present in the files for each named airman. NARA completed the

3

WC
DBB  6/12/17

inventory in 2017. NARA determined that there were approximately 30,000 airman names and approximately 15,000 dog tags included in RG 242, National Archives Collection of Foreign Records Seized, Luftgaukommandos Downed Allied Aircraft Reports.

10.     In addition, in or about 2013, the Defense Prisoner of War/Missing Personnel Office ("DPMO") – later merged in or about 2015 with two other entities to create the Defense POW/MIA Accounting Agency ("DPAA") (for ease of reference, DPMO will be referred to as DPAA herein) – dispatched contract researchers to National Archives at College Park and commenced photographing the contents of downed airman files contained in NARA's RG 242, National Archives Collection of Foreign Records Seized, Luftgaukommandos Downed Allied Aircraft Reports.

11.     In or about 2016 NARA learned that dog tags were missing from NARA's RG 242, National Archives Collection of Foreign Records Seized, Luftgaukommandos Downed Allied Aircraft Reports.

## II.   **Antonin DEHAYS**

12.     Antonin **DEHAYS** ("**DEHAYS**") is a historian with a particular interest in World War II. **DEHAYS** resides in College Park, Maryland.

13.     As further described below, there is probable cause to believe that **DEHAYS** stole U.S. servicemen dog tags and records from NARA's RG 242, National Archives Collection of Foreign Records Seized, Luftgaukommandos Downed Allied Aircraft Reports, located at National Archives at College Park. The U.S. servicemen dog tags and records stolen and converted by **DEHAYS** belonged to the United States and any department and agency thereof, and in aggregate had a value greater than $1,000.

4

DBB 6/12/17

III.   **Airman Henry W. Davis's Dog Tag**

14.    In or about 2013 or 2014, DPAA photographed the contents of Box 139, File KUJ1330. At that time, a dog tag assigned to downed U.S. airman Henry W. Davis was in the file. Written in pencil on the dog tag is file number "KUJ1130."

15.    On or about February 10, 2015, NARA staff verified that a dog tag assigned to downed airman Henry W. Davis was present in Box 139, File KUJ1330.

16.    After  DPAA photographed Henry W. Davis's dog tag and NARA staff confirmed it was present in the file, **DEHAYS** visited National Archives at College Park and requested box 139, containing Henry W. Davis's dog tag, on at least two occasions: on October 15, 2015, and on November 24, 2015.

17.    On or about January 6, 2017, NARA staff checked box 139, file KUJ1330, and found that Henry W. Davis's dog tag was missing from the file.

18.    In or about May 2017, I obtained an article published online relating to the dog tag belonging to Henry W. Davis.[1] The article features a photograph of **DEHAYS** and purports to reproduce an extract from his book, "Sainte-Mere-Eglise: An American Sanctuary in Normandy 1944-1948." The article discusses Henry W. Davis's service and includes images of Davis's dog tag and indicates that the dog tag is in a private collection.   Portions of the online article are reproduced below:

---

[1] http://www.plagesdu6juin1944.com/accueil/content/henry-w-davis-8th-usaaf.html#4OedsqQsigsApVKR.99

DBB  6/12/17



antitétanique a été fait en 1944. A droite, la lettre D traduit le groupe sanguin du pilote. Enfin la religion apparaît en bas à droite avec la lettre P. Davis était donc protestant. L'encoche à gauche servait à caler l'objet dans la machine à embosser.



collection privée

* Extrait du livre d'Antonin Dehays "Sainte-Mère-Eglise Un sanctuaire américain en Normandie 1944-1948", aux éditions OREP

19.     Henry W. Davis's dog tag photographed by DPAA in approximately 2013 or 2014 from NARA's records is remarkably similar to Davis's dog tag found in the above-referenced online article featuring **DEHAYS**. The similarities include (1) a dent on the right side near the dog tag's necklace hole, and (2) dirt smudging on the dog tag's lower, right corner.

20.     Based on my training, experience, and knowledge of this investigation, including the facts discussed in this Affidavit, I believe that **DEHAYS** stole Henry W. Davis's dog tag from National Archives at College Park.

## IV.   Airman Leonard R. Willette's Dog Tags

21.     In or about November 2016, DPAA photographed the contents of Box 427, file ME 2168. At that time, dog tags assigned to downed Tuskegee Airman Leonard R. Willette, who crashed in Germany on September 22, 1944, were in the file. One dog tag was silver in color, while the other was brass. Brass colored dog tags are unique and rare, as dog tags are typically silver in color.

22.     After  DPAA photographed Leonard R. Willette's dog tags, **DEHAYS** visited National Archives at College Park and requested box 427, containing  Leonard R. Willette's dog tags, on December 9, 2016.

23.     On or about February 27, 2017, NARA staff checked box 427, file ME 2168, and found that Leonard R. Willette's dog tags were missing from the file.

6



24.     In or about May 2017, I obtained an article published online in the spring 2017 edition of "Prop Noise," the Membership Newsletter of the Military Aviation Museum, located in Virginia Beach, Virginia.[2] The title of the article is, "French Military Historian Gifts Museum with American Tuskegee Airman Dog Tag."  The article reports that **DEHAYS** was given the opportunity to sit inside a Spitfire airplane, and as a token of his appreciation, **DEHAYS** gave the museum Tuskegee Airman Leonard R. Willette's dog tag. The article reports that the German authorities found Willette's crash site on September 22, 1944, and that Willette's dog tag was recovered at the crash site. The article features a photograph of Willette's dog tag, which appears brass in color.  The article appears below:



**VOLUME 10, ISSUE 2** · PROP NOISE · **PAGE 3**

## French Military Historian Gifts Museum with American Tuskegee Airman Dog Tag

*Left: Recovered Dog Tag of Tuskegee Airman Leonard Willette; Above: French military historian Antonin DeHays*

A few months ago, one of our favorite people, D-Day veteran Norwood Thomas, visited our museum. He had in tow with him French military historian Antonin DeHays. Antonin and Norwood have made several ceremonial trips to Normandy together and are good friends. They had come to the museum to have one of Antonin's "bucket list" dreams come true, and to offer the museum a gift for exhibit.

The bucket list issue was to sit in a Spitfire for a while, Antonin's favorite plane. That was easily done as Antonin and Norwood reminisced. Then Antonin held out his gift. It was a very small but very historic and personal item. But first, a flashback.

Leonard Willette was inducted into the International Artist Society at the age of only 17. This New Jersey native was a very interesting young man. He was offered an appointment to West Point, but preferred to get into WWII faster than that, and he enlisted in the military after Pearl Harbor. He graduated as Flight Officer T-62308 in early 1944 at Tuskegee Army Airfield and was assigned to the "Red Tails" operating out of Foggia, Italy.

On September 22, 1944, Lt. Willette was flying his P-51, "The Wrong Woman" escorting bombers to Munich, Germany.  His engine lost oil pressure, and he was last seen looking for a hole in the cloud

deck. The German authorities found his crash site immediately, and he was buried the same day. Leonard's mother Lenore received a telegram from Eleanor Roosevelt to express her sympathy, because Eleanor and Lenore had worked together in the past.

Antonin's gift was a dog tag recovered at the crash site, stamped "LEONARD R WILLETTE  T-62308". We have since communicated with the American Legacy Museum on the West Coast which owns uniforms, documents, and three years of research on Willette. Look for more on this brave young American in the near future. ❑

---

[2] http://www.militaryaviationmuseum.org/PDF/Prop_Noise_Spring_2017.pdf

25.     Leonard R. Willette's brass dog tag photographed by DPAA in or about November 2016 from NARA's records is remarkably similar to Willette's brass dog tag found in the above-referenced online newsletter featuring **DEHAYS**. The similarities include markings on the left side of the dog tag that appear to be tape, and the unique brass color of the dog tag itself.

26.     Based on my training, experience, and knowledge of this investigation, including the facts discussed in this Affidavit, I believe that **DEHAYS** stole Leonard R. Willette's brass dog tag from National Archives at College Park.

## V.     May 2017 Incident

27.     On May 12, 2017, **DEHAYS** visited National Archives at College Park and requested box 352 (file number KU-559) and numerous other boxes within RG 242.

28.     Before providing box 352 to **DEHAYS**, a NARA Supervisory Archivist confirmed that all dog tags on the inventory list for box 352 were in fact contained within box 352. Box 352, as well as several other boxes, then were provided to **DEHAYS**. **DEHAYS** completed his research within approximately 24 minutes, and returned box 352 and the other boxes to NARA research room staff. The Supervisory Archivist then secured box 352 in her office in suite 2600.

29.     On May 24, 2017, a different Supervisory Archivist retrieved box 352 from suite 2600 and reviewed the contents of the box.    The Supervisory Archivist discovered that approximately 30 dog tags were missing from box 352.    No researcher reviewed box 352 between the time **DEHAYS** obtained the box on May 12, 2017 and the time the Supervisory Archivist reviewed its contents on May 24, 2017.

8



30. Based on my training, experience, and knowledge of this investigation, including the facts discussed in this Affidavit, I believe that **DEHAYS** stole approximately 30 dog tags from box 352 at National Archives at College Park.

## VI. June 9, 2017 Search Warrant of DEHAYS's Residence and Interview

31. On June 9, 2017, members of law enforcement executed a federal search warrant of **DEHAYS**'s residence located in College Park, Maryland. Pursuant to the warrant, members of law enforcement found in DEHAYS's study seven dog tags and documents belonging to U.S. servicemen who served during World War II. Six of these dog tags and documents were part of NARA's RG 242, and were taken from National Archives at College Park without authorization.

32. On June 9, 2017, **DEHAYS** voluntarily and freely spoke with members of law enforcement. **DEHAYS** admitted, in relevant part, that he stole dog tags and documents belonging to U.S. servicemen from National Archives at College Park. **DEHAYS** further admitted that he began stealing records from NARA approximately two years ago. **DEHAYS** stated that he stole NARA records, including dog tags, for private financial gain, and that he sold stolen NARA records on eBay.

## CONCLUSION

33. Based on the facts outlined in this Affidavit, your affiant submits that there is probable cause to believe that between no later than in or about October 2015, and on or about June 9, 2017, in the District of Maryland, **DEHAYS** willfully and knowingly stole and converted for his use any record and thing of value of the United States and any department and agency thereof, to wit, U.S. servicemen dog tags and other records from NARA's RG 242, which in

9



aggregate have a value greater than $1,000, in violation of 18 U.S.C. § 641. Accordingly, the undersigned requests that the Court authorize the attached complaint for **DEHAYS**.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Special Agent David Bradley Berry
National Archives and Records Administration
Office of Inspector General

Subscribed and sworn to before me on June ____, 2017

JUDGE WILLIAM CONNELLY
CHIEF UNITED STATES MAGISTRATE JUDGE

10